UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11124-GAO

KIMMEL & SILVERMAN, P.C., and CRAIG KIMMEL, ESQ.,
Plaintiffs,

v.

JACQUELINE PORRO, ESQ., MATTHEW PORRO, DAVID P. ANGUEIRA, ESQ.,
SWARTZ & SWARTZ, P.C.,
Defendants.

ORDER
March 28, 2012

O'TOOLE, D.J.

Upon consideration of the parties' submissions and arguments, good cause having been shown, for the reasons stated in the accompanying Opinion and Order, it is hereby ordered pursuant to Rule 65 of the Federal Rules of Civil Procedure that:

The defendants, their agents, servants, employees, representatives, those acting in concert with them, and third parties who receive actual notice of the present Order (collectively, "the Defendants") are enjoined from any and all disclosure of any information or facts underlying and/or any documents produced, used in, or obtained as a result of the case Porro v. Kimmel & Silverman P.C., No. 07-12000-GAO (the "Porro suit"), including, but not limited to, deposition transcripts, emails, documents exchanged in discovery, and/or any other materials which disclose any or are related to any information and/or underlying facts leading up to the settlement agreement entered into by the plaintiffs and the defendants in the Porro suit, including the

existence of the settlement agreement itself and its substance (collectively, "Confidential Information"); notwithstanding the foregoing, (i) the Porros may share Confidential Information, where necessary, with their tax advisor for legitimate tax purposes as required by law but must instruct such tax advisor to maintain the confidentiality of the Confidential Information, (ii) the Defendants are not hereby precluded from disclosing information that either is not Confidential Information or is gained properly through discovery in the present case even where such information also is Confidential Information, and (iii) Angueira and Swartz & Swartz are not hereby precluded from using information gained through prior litigation except to the limited extent that they may not disclose such information in conflict with the terms of this Order.

No bond is here necessary as security because the defendants have not and will not suffer any harm from any enjoinder or restraint that results from this Order.

The enjoinder and restraints set forth in this Order shall remain in full force and effect until amended by further order of the Court.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge