UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Kimmel & Silver, P.C. and**
**Craig Kimmel, Esq.,**
        Plaintiff,                                              **CIVIL ACTION NO. 11-11124-GAO**

       v.

**Jacqueline Porro, Esq., Matthew**
**Porro, David P. Angueira, Esq.**
**Swartz & Swartz, P. C.,**
        Defendants.

## JUDGMENT

**O'Toole D. J.**

In accordance with the Court's Order (dkt. no. 173) dated 9/30/2014 Adopting the Magistrate Judge's Report and Recommendation and Granting the Defendant's Further Motion for Summary Judgment (dkt. no. 144) it is hereby ORDERED:

    Judgment in favor of the defendants, David P. Angueira, Esq. and Swartz & Swartz P.C..

                                                                     By the Court,

**9/30/2014**                                                    **/s/Chris Danieli**
Date                                                            Deputy Clerk